```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 11733
   ELIZABETH O OSAIGBOVO
   OJO I OSAIGBOVO                          CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6399    SSN XXX-XX-7027

----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 05/08/2008 and was confirmed 08/20/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors    .00%.

     The case was dismissed after confirmation 11/05/2008.
----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
----------------------------------------------------------------------
US BANK NATIONAL ASSOC    SECURED NOT I         .00            .00         5289.08
US BANK NATIONAL ASSOC    MORTGAGE ARRE    31528.00            .00             .00
HOMEQ SERVICING CORP      UNSECURED       NOT FILED            .00             .00
NEW CENTURY MORTGAGE COR  CURRENT MORTG        .00             .00             .00
NEW CENTURY MORTGAGE COR  SECURED NOT I        .00             .00             .00
AMERICAN STUDENT ASSISTA  UNSECURED       26617.59             .00             .00
ECMC                      UNSECURED       56774.94             .00             .00
BENJAMIN LEGAL SERVICES   PRIORITY        NOT FILED            .00             .00
BUREAU OF COLLECTION REC  UNSECURED       NOT FILED            .00             .00
NATIONWIDE COMMERCIAL LP  UNSECURED       NOT FILED            .00             .00
NICOR GAS                 UNSECURED       NOT FILED            .00             .00
US BANK NATIONAL          NOTICE ONLY     NOT FILED            .00             .00
ECMC                      UNSECURED       26690.82             .00             .00
MAIN STREET ACQUISITION   UNSECURED        1244.94             .00             .00
BENJAMIN LEGAL SERVICES   ATTORNEY         1728.00             .00             .00
PRO SE DEBTOR             DEBTOR ATTY          .00                             .00
TOM VAUGHN                TRUSTEE                                           459.92
DEBTOR REFUND             REFUND                                                .00

     Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE              5,749.00

PRIORITY                                        .00
SECURED                                    5,289.08
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                          459.92
DEBTOR REFUND                                   .00
                     ---------------     ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 11733 ELIZABETH O OSAIGBOVO & OJO I OSAIGBOVO
```

```
TOTALS                              5,749.00              5,749.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
Dated: 02/25/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```